**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

_____
                                                )
CAROL L. BARSKY, M.D.,                           )          Case No.: 1:26-cv-00259-SE-TSM
                                                )
*Plaintiff*,                                     )
                                                )
v.                                               )
                                                )
DARTMOUTH-HITCHCOCK MEDICAL                       )
CENTER, DARTMOUTH-HITCHCOCK                       )
CLINIC, MARY HITCHCOCK                            )
MEMORIAL HOSPITAL, and                           )
DARTMOUTH-HITCHCOCK HEALTH,                       )
                                                )
*Defendants*.                                    )
_____)

**ASSENTED-TO MOTION TO EXTEND TIME**

Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (together, "Defendants"), by and through their undersigned counsel, request a thirty (30) day extension of time to answer, move or otherwise respond to the Complaint in the above-captioned matter (the "Motion"). *See* ECF, Docket No. 1. In support of this Motion and in compliance with Local Civil Rules 7.1(c) and 7.2(a), Defendants state as follows:

1.  The extension would not result in the continuance of any hearing, conference, or trial.

2.  Based on Defendants' proposal, the extension will run from May 12, 2026 to June 11, 2026.

3.  Defendants have obtained the assent from Plaintiff's counsel for this limited extension.

4.  This is the first request for a proposed extension in this case.

5.  No party will be prejudiced by the allowance of this Motion.

WHEREFORE, Defendants respectfully request that the Court permit Defendants to answer, move or otherwise respond to the Complaint no later than June 11, 2026 and grant such other and further relief as the Court deems just and necessary.

Respectfully submitted,

**DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,**

By their attorneys,

*/s/ Victoria Breese*
Victoria Breese, Esq.
New Hampshire Bar No. 277022
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Tel. (617) 226-3156
Fax (617) 342-4001
vbreese@foley.com

Donald Schroeder (*pro-hac vice forthcoming*)
Katharine Beattie (*pro-hac vice forthcoming*)
Jared Collins (*pro-hac vice forthcoming*)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Tel. (617) 342-4041
Fax (617) 342-4001
dschroeder@foley.com
kbeattie@foley.com
jared.collins@foley.com

Dated: April 24, 2026

4902-6165-2132.2

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 24, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Victoria Breese*
Victoria Breese, Esq.

4902-6165-2132.2