EXHIBIT C

**From:** Beattie, Kate
**To:** Matthew Connolly; Sarah Nunan
**Cc:** Breese, Tori; Schroeder, Don; Liber, Matt; Sarah Merlo
**Subject:** RE: Barsky v. Dartmouth-Hitchcock Medical Center
**Date:** Friday, September 18, 2026 9:20:57 AM
**Attachments:** image001.png
image002.png

---

Yes, thank you.

**Kate Beattie**
*Partner*

**Foley & Lardner LLP**
Phone 617.226.3136
View My Bio | Visit Foley.com | Follow us on LinkedIn | kbeattie@foley.com

---

**From:** Matthew Connolly <mconnolly@nutter.com>
**Sent:** Friday, September 18, 2026 9:20 AM
**To:** Beattie, Kate <kbeattie@foley.com>; Sarah Nunan <snunan@vittnunanlaw.com>
**Cc:** Breese, Tori <VBreese@foley.com>; Schroeder, Don <DSchroeder@foley.com>; Liber, Matt <matt.liber@foley.com>; Sarah Merlo <smerlo@vittnunanlaw.com>
**Subject:** RE: Barsky v. Dartmouth-Hitchcock Medical Center

***** EXTERNAL EMAIL MESSAGE *****

Kate,

If you are proposing to provide the written responses and produce responsive documents on October 12, then that date is fine.

Matt

**Matthew Connolly**
Partner
Nutter, McClennen & Fish, LLP
Direct / 617-439-2144

---

**From:** Beattie, Kate <kbeattie@foley.com>
**Sent:** Friday, September 18, 2026 9:05 AM
**To:** Sarah Nunan <snunan@vittnunanlaw.com>

**Cc:** Matthew Connolly <mconnolly@nutter.com>; Breese, Tori <VBreese@foley.com>; Schroeder, Don <DSchroeder@foley.com>; Liber, Matt <matt.liber@foley.com>; Sarah Merlo <smerlo@vittnunanlaw.com>
**Subject:** RE: Barsky v. Dartmouth-Hitchcock Medical Center

Sarah-

Good to catch up yesterday. As we mentioned, we are requesting a three week extension to respond to the discovery requests (October 12).

Thank you,
Kate

**Kate Beattie**
*Partner*

**Foley & Lardner LLP**
Phone 617.226.3136
View My Bio | Visit Foley.com | Follow us on LinkedIn | kbeattie@foley.com

---

**From:** Sarah Nunan <snunan@vittnunanlaw.com>
**Sent:** Friday, August 21, 2026 10:54 PM
**To:** Beattie, Kate <kbeattie@foley.com>; Schroeder, Don <DSchroeder@foley.com>; Collins, Jared <jared.collins@foley.com>; Breese, Tori <VBreese@foley.com>
**Subject:** Barsky v. Dartmouth-Hitchcock Medical Center

***** EXTERNAL EMAIL MESSAGE *****

Hi Katie & Don,

Attached please find Plaintiff's First RTP to Defendants and Plaintiff's First set of Interrogatories to Dartmouth-Hitchcock Health.

Sincerely,

Sarah

SARAH H. NUNAN
Vitt & Nunan, PLC
802-649-5700 Ext. 107
PO Box 1229
8 Beaver Meadow Road
Norwich, VT 05055
snunan@vittnunanlaw.com
Fax 802-649-1692
www.vittnunanlaw.com

---

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

This Electronic Message contains information from the law firm of Nutter, McClennen & Fish, LLP, which may be privileged and confidential. The information is intended to be for the use of the addressee only. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not

intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.